# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-11-2223-PHX-GMS |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Jose Manuel Rodriguez-Flores, | ) | |
| Defendant. | ) | |

Pending before the Court is United States Magistrate Judge Duncan's's Report and Recommendation ("R&R") (Doc. 38). The R&R recommends that the Court find that the Government has shown by a preponderance of the evidence that Defendant violated his condition of Supervised Release as alleged in Allegation A of the Superceding Petition. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of a party's right to appellate review of the findings of fact.

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1114, 1121(9th Cir. 2003). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R. Therefore,

**IT IS ORDERED** that Magistrate Judge Duncan's R&R (Doc. 38) is **accepted**.

1  **IT IS FURTHER ORDERED** setting this matter for Final Disposition Hearing on
2  **December 2, 2013 at 10:30 a.m.**, before Judge G. Murray Snow, in Courtroom 602,
3  Phoenix, Arizona.
4      The Court finds excludable delay under Title 18 U.S.C. §3161(h)_____ from _____
5  to _____ .
6      DATED this 7th day of November, 2013.

*/s/ A. Murray Snow*
G. Murray Snow
United States District Judge